DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JULIO RAMIREZ PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff,*<br><br>　v.<br><br>ANTONIO PEREZ and<br>JULIO RAMIREZ PEREZ,<br><br>　　　　　*Defendants.* | No. 1:10-cr-00296 OWW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND<br>ORDER THEREON<br><br>Date: December 13, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. Oliver W. Wanger |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KAREN A. ESCOBAR, Assistant United States Attorney, counsel for plaintiff, DAVID A. TORRES, counsel for defendant Antonio Perez, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Julio Ramirez Perez, that the date for status conference may be continued to December 13, 2010, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is November 15, 2010. The requested new date is December 13, 2010 at 9:00a.m.**

　　　This continuance is requested to allow additional time for the parties to attempt to reach a negotiated settlement in this matter.

　　　The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

1  For this reason, the ends of justice served by the granting of the requested continuance outweigh
2  the interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: November 10, 2010        By /s/ Karen A. Escobar
                                KAREN A. ESCOBAR
                                Assistant United States Attorney
                                Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: November 10, 2010        By /s/ Eric V. Kersten
                                ERIC V. KERSTEN
                                Assistant Federal Defender
                                Attorney for Defendant
                                JULIO RAMIREZ PEREZ


DATED: November 10, 2010         /s/ David A. Torres
                                DAVID A. TORRES
                                Assistant Federal Defender
                                Attorney for Defendant
                                ANTONIO PEREZ


**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

**Dated:   November 10, 2010**        /s/ Oliver W. Wanger
                                UNITED STATES DISTRICT JUDGE