DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JULIO RAMIREZ PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANTONIO PEREZ and ) <br> JULIO RAMIREZ PEREZ, ) <br> ) <br> Defendants. ) <br> _____ ) | No. 1:10-cr-00296 OWW <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON <br><br> Date:  March 7, 2011 <br> Time:  9:00 a.m. <br> Judge: Hon. Oliver W. Wanger |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KAREN A. ESCOBAR, Assistant United States Attorney, counsel for plaintiff, DAVID A. TORRES, counsel for defendant Antonio Perez, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Julio Ramirez Perez, that the date for status conference may be continued to March 7, 2011 at 9:00AM, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is February 7, 2011.  The requested new date is March 7, 2011.**

   This continuance is requested to allow additional time for defense investigation, and also to allow further negotiations in an attempt to reach a negotiated settlement in this matter.

   The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: February 3, 2011 | By /s/ Karen A. Escobar<br>KAREN A. ESCOBAR<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: February 3, 2011 | By /s/ Eric V. Kersten<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorney for Defendant<br>Julio Ramirez Perez |
| DATED: February 3, 2011 | /s/ David A. Torres<br>DAVID A. TORRES<br>Attorney for Defendant<br>Antonio Perez |

## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

**Dated:   February 3, 2011**              /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE