**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
ANTONIO PEREZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>ANTONIO PEREZ &<br>JULIO  RAMIREZ  PEREZ<br><br>　　　　　　　　　　Defendant, | Case No. 1:10-CR-00296 OWW<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING** |

**COMES NOW** Defendant, ANTONIO PEREZ by and through his attorney of record, DAVID A. TORRES hereby requesting that the status conference as to both Defendants currently set for March 28,  2011 be continued to April 18, 2011  at 9:00 a.m., or a date convenient to court and counsel.

　　　This is a mutual agreement between myself, Federal Defender Eric Vincent Kersten and United States Attorney Karen Ann Escobar.  Additional time is needed to discuss and sign the plea agreement.

　　　**The defendants are willing to continue, excluding time through the next court appearance and that the ends of justice in the exclusion outweigh defendant's speedy trial**

**rights.**

Based upon the foregoing, I respectfully request that this matter be continued to April 18, 2011

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

IT IS SO STIPULATED.

Dated: 3/24/11     /s/ David A. Torres
DAVID A. TORRES
Attorney for Defendant
ANTONIO PEREZ

Dated: 3/24/11     /s/Eric Vincent Kersten
Eric Vincent Kersten
Attorney for Defendant
JULIO RAMIREZ PEREZ

Dated: 3/24/11     /s/ Karen Ann Escobar
KAREN ANN ESCOBAR
Assistant U. S. Attorney

# ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

**Dated:     March 24, 2011**          /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE