1 **LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
2 1318 K Street
Bakersfield, CA 93301
3 Ph.: (661)326-0857
Fax.: (661) 326-0936
4 e-mail: lawtorres@aol.com

5 Attorney for Defendant
ANTONIO PEREZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:10-CR-00296 OWW |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING** |
| vs. | |
| **ANTONIO PEREZ**<br>JULIO RAMIREZ PEREZ | |
| Defendant, | |

    **COMES NOW** Defendant, ANTONIO PEREZ by and through his attorney of record, DAVID A. TORRES hereby requesting that the status conference currently set for April 18, 2011 be continued to May 31, 2011 at 9:00 a.m., or a date convenient to court and counsel.

    This is a mutual agreement between myself, Co-Counsel Eric Vincent Kersten and United States Attorney Kevin P. Rooney .  I had arthroscopic surgery on Wednesday, April 13, 2011.  I will require a recovering period and will need  to wear an ultra sling for 6 weeks post surgery.

    **The defendants are willing to continue, excluding time through the next court appearance and that the ends of justice in the exclusion outweigh defendant's speedy trial rights.**

1  Based upon the foregoing, I respectfully request that this matter be continued to
2  May 31, 2011.
3  The parties also agree that the delay resulting from the continuance shall be excluded in
4  the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).
5  IT IS SO STIPULATED.

7  Dated: 4/14/11                           /s/ David A. Torres
                                             DAVID A. TORRES
8                                            Attorney for Defendant
                                             ANTONIO PEREZ

10 Dated: 4/14/11                           /s/Eric Vincent Kersten
                                             Eric Vincent Kersten
11                                           Attorney for Defendant
                                             JULIO RAMIREZ PEREZ

13 Dated: 4/14/11                            /s/ Kevin P. Rooney
                                             KEVIN P. ROONEY
14                                           U. S. Attorney

## ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

**Dated:   April 14, 2011**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE