**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
ANTONIO PEREZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    PLAINTIFF,<br><br>vs.<br><br>**ANTONIO PEREZ**<br>JULIO RAMIREZ PEREZ<br>                    DEFENDANT, | Case No.: 10-CR-00296 OWW<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: OLIVER W. WANGER AND KAREN ANN ESCOBAR, UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ANTONIO PEREZ by and through his attorney of record, DAVID A. TORRES hereby requesting that the status conference currently set for June 27, 2011 be continued to July 18, 2011 at 9:00 a.m., or a date convenient to court and counsel.

This is a mutual agreement between myself, Co-Counsel Eric Vincent Kersten and United States Attorney Karen Ann Escobar. Defendant will sign a Plea Agreement and is asking to enter a plea on July 18, 2011.

**The defendant is willing to continue, excluding time through the next court appearance and that the ends of justice in the exclusion outweigh defendant's speedy trial**

**rights.**

Based upon the foregoing, I respectfully request that this matter be continued to July 18, 2011.

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161(h)(7)(B)(i) & (iv).


Dated: 6/23/11                             /s/ David A. Torres
                                           DAVID A. TORRES
                                           Attorney for Defendant


Dated: 6/23/11                             /s/Eric Vincent Kersten
                                           ERIC VINCENT KERSTEN
                                           Attorney for Co-Defendant


Dated: 6/23/11                             /s/ Karen Ann Escobar
                                           KAREN ANN ESCOBAR
                                           U.S. Attorney

# ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161(h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

Dated:   **June 23, 2011**            /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE